No. 94–709. ENCINAS v. BOARD OF REGISTRATION FOR PROFESSIONAL ENGINEERS AND LAND SURVEYORS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–795. BROTHERS ET AL. v. KLEVENHAGEN, SHERIFF, HARRIS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5083. RODRIGUEZ-MEJIA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5278. LASALLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5324. PALOMINO-FIGUEROA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5441. THURMOND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5499. MITCHELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–5516. GIROLAMO, AKA MASCITTI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5735. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5923. HARRIS v. EVANS ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–5933. SMITH v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 94–5961. WELSAND v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6016. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6052. BRUNK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6169. IGLESIAS v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.